## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH D. GOW,

   Plaintiff,

  v.            Case No. 25-CV-0059

BOARD OF REGENTS FOR THE UNIVERSITY
OF WISCONSIN SYSTEM, et al.,

   Defendants.

## DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)

Please take notice that the Defendants move the Court for an order dismissing the Plaintiff's Complaint in its entirety. The Defendants bring this motion under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. The specific grounds for this motion are stated in the brief in support of the motion, filed herewith.

WHEREFORE, the Defendants requests the Court dismiss the Plaintiff's Complaint in its entirety.

Dated this 28th day of March 2025.

       Respectfully submitted,

       JOSHUA L. KAUL
       Attorney General of Wisconsin

       s/Rachel L. Bachhuber
       RACHEL BACHHUBER
       Assistant Attorney General
       State Bar #1052533

BRIAN P. KEENAN
Assistant Attorney General
State Bar #1056525

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (RLB)
(608) 266-0020 (BPK)
(608) 294-2907 (Fax)
rachel.bachhuber@wisdoj.gov
keenanbp@doj.state.wi.us