

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

**Josh Kaul
Attorney General**

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

**Rachel L. Bachhuber
Assistant Attorney General**
rachel.bachhuber@wisdoj.gov
608/266-0188
FAX 608/294-2907

December 19, 2025

Hon. Anita M. Boor
United States District Court
120 N. Henry St., Rm. 320
Madison, WI 53703

**Delivered via ECF**

    Re:    Joseph Gow v. Board of Regents of the Univ. of Wis. Sys.
            Case No. 25-cv-59-wmc
            Parties' joint letter regarding schedule

Dear Magistrate Judge Boor:

    I am authorized to submit this letter on behalf of the parties in accordance with this Court's October 22, 2025, order instructing the parties to file a joint letter advising the court of their positions on scheduling as the dispositive motion deadline approaches. (Dkt. 24.)

    The dispositive motion deadline is currently set for January 8, 2026, and this Court has not yet issued a decision on Defendants' motion to dismiss. (Dkt. 15:2; 5–6; 12; 14.) The parties have conferred and jointly request this Court to vacate the remaining dates in the current scheduling order. (Dkt. 24.) The parties further request that this Court set a status conference in February or March 2026.

    Thank you for your consideration.

                                      Sincerely,

                                      s/Rachel L. Bachhuber
                                      Rachel L. Bachhuber
                                      Assistant Attorney General

cc: counsel of record