**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

JOSEPH D. GOW

       Plaintiff,

       vs.

THE BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM, et al.

       Defendants.

Case No. 3:25-CV-00059-WMC

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

---

Plaintiff Joseph D. Gow, by his attorneys Mark M. Leitner and Katherine W. Schill of Laffey, Leitner & Goode LLC, respectfully moves the Court under Fed. R. Civ. P. 15(a)(2) for leave to file an Amended Complaint. The bases for Plaintiff's motion are stated in the Plaintiff's Brief in Support of Motion for Leave to File Amended Complaint, also filed today. The proposed Amended Complaint showing the changes from Plaintiff's original Complaint [Dkt. 1] is attached to that brief as Exhibit 1.

Dated this 20th day of March, 2026.

LAFFEY, LEITNER & GOODE LLC
Counsel for Plaintiff Joseph Gow


*/s/ Mark M. Leitner*

Mark M. Leitner
State Bar No. 10069459
Katherine W. Schill
State Bar No. 1025887
Andrea Contreras
State Bar No. 1137249
325 E. Chicago Street
Suite 200
Milwaukee, WI 53202
(414) 312-7003 (telephone)
(414) 755-7089 (facsimile)
mleitner@llgmke.com
kschill@llgmke.com
acontreras@llgmke.com

2