IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH D. GOW,

      Plaintiff,

    v.                                                Case No. 25-CV-0059

BOARD OF REGENTS FOR THE UNIVERSITY
OF WISCONSIN SYSTEM, et al.,

      Defendants.

---

### DEFENDANTS NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

---

Having reviewed Plaintiff's motion for leave (Dkt. 28), Plaintiff's brief in support (Dkt. 29), the authority there cited, and other Seventh Circuit authority, Defendants do not oppose the motion for leave.[1]

---

[1] Defendants note that formal motion practice could have been avoided had Plaintiff agreed to provide a more fulsome account of the basis for and authorities authorizing the amendment prior to filing. Defendants requested that information on March 17 and 18. In-circuit case law plainly casts at least some doubt on the timeliness of the proposed amendment. *See Johnson v. Sales Consultants, Inc.*, 61 F.R.D. 369, 371–72 (N.D. Ill. Dec. 7, 1973) (denying a motion for leave because of plaintiff's 14-month delay and failure to justify said delay). *But see Dubicz v. Commonwealth Edison Co.*, 377 F.3d 787, 793 (7th Cir. 2004) ("Delay must be coupled with some other reason."). Plaintiff nonetheless refused to engage in any meaningful conferral about precedent. *See* Ex. A to Schill Decl. (Dkt. 30-1) at 2–4. And Plaintiff's brief notably provides no explanation for his 14-motnh delay in moving to amend.

Dated this 3rd day of April 2026.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/Rachel Bachhuber
RACHEL BACHHUBER
Assistant Attorney General
State Bar #1052533

BRIAN P. KEENAN
Assistant Attorney General
State Bar #1056525

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0188 (RLB)
(608) 266-0020 (BPK)
(608) 294-2907 (Fax)
rachel.bachhuber@wisdoj.gov
brian.keenan@wisdoj.gov

2