**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

JOSEPH D. GOW

       Plaintiff,

     vs.

THE BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM, et al.

       Defendants.

Case No. 3:25-CV-00059-WMC

---

**PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION**
**FOR LEAVE TO FILE AMENDED COMPLAINT**

---

Defendants do not oppose Plaintiff's motion for leave to file an Amended Complaint. Plaintiff appreciates that concession but disagrees with the statements made in footnote 1 of Defendants' Notice of No Opposition [Dkt. 28]. Plaintiff did indeed provide Defendants a legal basis for its request for consent – including citation to Fed. R. Civ. P. Rule 15(a)(2), *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962), and *Runnion v. Girl Scouts of Greater Chicago*, 786 F.3d 510, 519 (7th Cir. 2015) – and addressed the issues of timeliness and lack of prejudice to Defendants. [Declaration of Katherine W. Schill, Ex. A [Dkts. 30, 30-1]. In his brief supporting his motion, Plaintiff relied on those same authorities to support his position that no undue delay has occurred. [Dkt. 29, pp. 3-4.] Moreover, Defendants' contention that Plaintiff's brief does not explain the timing of this motion is incorrect. [Dkt. 29, pp. 3-5.]

Dated this 9th day of April, 2026.

LAFFEY, LEITNER & GOODE LLC
Counsel for Plaintiff Joseph Gow

*/s/ Mark M. Leitner*
Mark M. Leitner
State Bar No. 10069459
Katherine W. Schill
State Bar No. 1025887
Andrea Contreras
State Bar No. 1137249
325 E. Chicago Street
Suite 200
Milwaukee, WI 53202
(414) 312-7003 (telephone)
(414) 755-7089 (facsimile)
mleitner@llgmke.com
kschill@llgmke.com
acontreras@llgmke.com

2